IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **JAMAAL MCCALLISTER** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Civil Action 1:21-cv-1639 |
| | * | |
| **CITIMOTGAGE, INC., as Successor in Interest by Merger to CITIFINANCIAL MORTGAGE CO., Inc., et al.,** | * * * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION TO REMAND**

COMES now Plaintiff by and through his Attorneys, Matthew B. Thompson and Evan K. Thalenberg, P.A., and pursuant to 28 U.S.C. § 1332 and 28 U.S.C. §1441, respectfully move this Court to Remand the instant action to the Circuit Court for Baltimore City, Maryland

1. On or about July 2, 2021, Defendants CitiMortgage Inc., a New York corporation ("CitiMortgage"), formerly known as CMINY, Inc. ("CIMNY"), individually and as successor by merger to the former CitiFinancial Mortgage Company, Inc., (together, "Defendants"), filed a Notice of Removal of the instant action from the Circuit Court for Baltimore City.

2. On July 22, 2021, Plaintiff filed a Motion for Leave to Amend pursuant to Rule 15 of the Federal Rules of Civil Procedure in order to enter his First Amended Complaint that reinstates his claims against Defendant Walter Johnson (ECF. No. 10).

2. Plaintiff's Motion to Remand should be granted because Plaintiff's Amended Complaint reinstates claims against an additional Defendant to the Complaint which precludes an assertion of complete diversity as Defendant Walter Johnson is a Maryland citizen.

WHEREFORE, Plaintiff respectfully requests that this honorable Court grant Plaintiff's Motion to Remand and such other and further relief as necessary to the administration of justice.

Respectfully submitted,

**The Law Offices of Evan K. Thalenberg, P.A.**

By: */s/ Matthew B. Thompson*
Matthew B. Thompson (Bar No.: 20552)
216 E. Lexington Street
Baltimore, Maryland 21202
410-625-9100 (p)
410-625-9200 (f)
mthompson@ektlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 22nd day of July 2021, a copy of the foregoing Motion to Remand and attached Memorandum in Support were served, via first class mail, postage prepaid upon each of the following:

Ella J. Robinson
502 N. Independence Avenue, Apt. 10
Independence, Virginia 24348

William Parler, Esquire
The Law Offices of William C. Parler, Jr., LLC
311 Gailridge Road
Timonium Maryland 21093

Virginia W. Barnhart
Sarah E. Meyer
Treanor Pope & Hughes, P.A.
500 York Road
Towson, Maryland 21204

and via CM/ECF upon attorneys Sarah E. Meyer and Virginia W. Barnhart.

By: */s/ Matthew B. Thompson*
Matthew B. Thompson (Bar No.: 20552)