

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
David E. Ciambruschini, Chief Deputy

Reply to Northern Division Address

November 17, 2021

Circuit Court for Baltimore City
111 N. Calvert Street
Courthouse East, Room 462
Baltimore, MD 21202

RE:  McCallister v. CitiMortgage, Inc. as successor to CitiFinancial Mortgage Company, Inc.
Civil Action No. JKB-21-1639
24-C-20-004332

Dear Clerk:

On November 16, 2021, the Honorable James K. Bredar signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries. We have discontinued our previous practice of sending the state court original papers which were filed in this Court. Should you need certified copies of any papers you may contact the Deputy Clerk below.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

Thank you for your cooperation in this matter.

Sincerely,

Catherine M. Stavlas, Clerk

By:   /s/
H. Lee          Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS          DAY OF          2021.

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov